BOOKER          The judgment below must be affirmed, with 1 per cent.
v.        damages and costs.
RAY.
             *T. W. Woollen* and *C. F. McNutt*, for the appellants.
             *Overstreet* and *Hunter*, for the appellee.

---

### BOOKER and Another *v.* RAY.

At common law, even where the statute of frauds required a contract to be
   in writing, and it actually was so, it was not necessary that a copy of the
   writing should be made a part of the declaration, nor that it should even
   be averred that the contract was in writing.
The averments of a pleading may be made certain by reference to diagrams
   filed with, and made part of, the pleading.

Saturday,        APPEAL from the *Wabash* Circuit Court.
December 14.
             PERKINS, J.—This was an action commenced while the
code of 1843 was in force. The cause of action was set
forth in a declaration, drawn according to the forms at com-
mon law. It was an alleged breach of contract for the erec-
tion of a building. At common law, even where the statute
of frauds required a contract to be in writing, and it actually
was so, it was not necessary that a copy of the writing should
be made a part of the declaration, nor that the declaration
shall aver that the contract was in writing.

In this case the declaration described a contract for the
erection of a building, and it described the building in parts,
by diagrams, making them parts of the averments, thus : " the
story is to be eight feet high in the clear, with three sets of
purlins of suitable size, to be framed for the support of the
roof; and posts are to be put in said building as designated
in the following figures, viz.," (then follows an accurate draw-
ing, representing the frame of the building as it is to be

erected, showing its dimensions, and the number, position, size, &c., of the several pieces of timber to be framed into it. We think an averment may be made sufficiently certain by this mode, and that those thus made in this case, are so. If diagrams may form a part of a valid contract, why not of a complaint upon such contract? *Locke*, in his work on the Human Understanding, says, in book 4, chap. 3, "*Diagrams*, drawn on paper, are copies of the ideas in the mind, and not liable to the uncertainty that words carry in their signification." A demurrer was, however, sustained to it below, and the case was dismissed. This was error, and the judgment must be reversed.

*Per Curiam.*—The judgment is reversed, with costs. Cause remanded, with leave to amend so as to conform the pleadings in the cause to the new code of practice.

*D. D. Pratt* and *John N. Pettit*, for the appellants.